UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ,<br><br>  Plaintiff,<br><br>v.<br><br>R. OLIVEIRA, et al.,<br><br>  Defendant. | Case No.: 17cv1914 DMS (AHG)<br><br>**ORDER (1) ADOPTING REPORT AND RECOMMENDATION AND (2) GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

On September 19, 2017, Plaintiff Rogelio May Ruiz, a state prisoner proceeding pro se, filed a Complaint Under the Civil Rights Act 42 U.S.C. § 1983. Plaintiff alleges his constitutional rights were violated while he was housed at Richard J. Donovan Correctional Facility.

On February 15, 2019, Defendants R. Oliveira and B. Self filed a motion for summary judgment. Plaintiff submitted an opposition to the motion, but it was in Spanish. Nevertheless, the Court accepted Plaintiff's filing, and directed him to resubmit his opposition in English. Plaintiff thereafter submitted three additional opposition briefs, but again, they were all in Spanish.

/ / /

/ / /

/ / /

1

On July 15, 2019, Magistrate Judge Nita L. Stormes issued a Report and Recommendation ("R&R") on the motion, recommending that it be granted.[1] Plaintiff filed objections to the R&R, but as with his opposition briefs, it is in Spanish.

This Court, having reviewed de novo the Magistrate Judge's R&R, adopts the R&R in its entirety and grants Defendants' motion for summary judgment. The Clerk of Court shall enter judgment accordingly, and close this case.

**IT IS SO ORDERED**.

Dated: September 24, 2019

Hon. Dana M. Sabraw
United States District Judge

---

[1] Subsequent to issuance of the R&R, the case was transferred from Judge Stormes to Magistrate Judge Alison H. Goddard.